532 So.2d 132 (1988)
WESTMINSTER MANAGEMENT CORPORATION, et al.
v.
Paul C. MITCHELL, Jr., Director of Finance of the City of New Orleans.
PAN-AMERICAN LIFE INSURANCE COMPANY
v.
CITY OF NEW ORLEANS, et al.
PANACON, A Louisiana Partnership
v.
CITY OF NEW ORLEANS, et al.
BEVPAC PROPERTIES
v.
Paul C. MITCHELL, Jr., Director of Finance for the City of New Orleans.
No. 88-CC-1713.
Supreme Court of Louisiana.
October 14, 1988.
Denied.
CALOGERO, J., would grant the writ.
MARCUS, J., recused.